UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOWNTOWN ACTION TO SAVE HOUSING, | CASE NO. C18-0138-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIDLAND CORPORATE TAX CREDIT XIV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss Defendant Midland Corporate Tax Credit VII, LP (Dkt. No. 23). Finding good cause, the motion is GRANTED. The parties stipulate as follows:

1. Plaintiff's claims asserted against Defendant Midland VII are more properly asserted against Defendant Midland XIV, subject to Midland XIV's asserted denials and defenses, and shall continue to be litigated as if asserted against Midland XIV and Midland VII is hereby DISMISSED from this action.

2. The claims asserted by Plaintiff against Defendants Midland XIV, Midland XVI, and BFIM remain at issue and are not dismissed, or in any way substantively affected, as part of this Stipulation.

DATED: November 29, 2018.

WINTHROP & WEINSTINE, P.A.

By: */s/ David A. Davenport*
By: */s/ Quin C. Seiler*
    David A. Davenport, MN Bar No.: 285109, *admitted pro hac vice*
    Quin C. Seiler, MN Bar No: 396699, *admitted pro hac vice*
    225 South Sixth Street, Suite 3500
    Minneapolis, MN 55402
    Ph: (612) 604-6716
    Email:   ddavenport@winthrop.com
               qseiler@winthrop.com
    Attorneys for Plaintiff DASH

PETERSON RUSSELL KELLY PLLC

By: *s/ Michael T. Callan*
    Michael T. Callan, WSBA# 16237
    10900 NE 4th Street, Suite 1850
    Bellevue, WA 98004
    Telephone: (425) 462-4700
    Fax: (425) 451-0714
    E-Mail:   mcallan@prklaw.com
    Attorneys for Plaintiff DASH

PEPPLE CANTU SCHMIDT PLLC

By: *s/ Gretchen J. Hoog*
    Gretchen J. Hoog, WSBA 43248
    Pepple Cantu Schmidt PLLC
    1000 Second Avenue, Suite 2950
    Seattle, WA 98104
    Email: ghoog@pcslegal.com
    Attorneys for Defendants

DATED this 30th day of November 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk