THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOWNTOWN ACTION TO SAVE HOUSING, | CASE NO. C18-0138-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIDLAND CORPORATE TAX CREDIT XIV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding a briefing schedule for the parties' cross motions for summary judgment (Dkt. No. 27). Finding good cause, the Court GRANTS the stipulated motion. Pursuant to stipulation, the Court ORDERS as follows:

1. On December 14, 2018, both parties shall file and serve their papers in opposition to their opponent's motion for summary judgment (Dkt. Nos. 22, 24);

2. On or before December 21, 2018, both parties shall file and serve their reply papers, if any, in support of their own motion for summary judgment;

3. Defendants' Motion for Summary Judgment (Dkt. No. 22) shall be re-noted for consideration on December 21, 2018.

DATED: November 30, 2018.

WINTHROP & WEINSTINE, P.A.

By: */s/ David A. Davenport*
By: */s/ Quin C. Seiler*
    David A. Davenport, MN Bar No.: 285109, *admitted pro hac vice*
    Quin C. Seiler, MN Bar No: 396699, *admitted pro hac vice*
    225 South Sixth Street, Suite 3500
    Minneapolis, MN 55402
    Ph: (612) 604-6716
    Email:   ddavenport@winthrop.com
              qseiler@winthrop.com
    Attorneys for Plaintiff DASH

PETERSON RUSSELL KELLY PLLC

By: *s/ Michael T. Callan*
    Michael T. Callan, WSBA# 16237
    10900 NE 4th Street, Suite 1850
    Bellevue, WA 98004
    Telephone: (425) 462-4700
    Fax: (425) 451-0714
    E-Mail:   mcallan@prklaw.com
    Attorneys for Plaintiff DASH

PEPPLE CANTU SCHMIDT PLLC

By: *s/ Gretchen J. Hoog*
    Gretchen J. Hoog, WSBA 43248
    Pepple Cantu Schmidt PLLC
    1000 Second Avenue, Suite 2950
    Seattle, WA 98104
    Email: ghoog@pcslegal.com
    Attorneys for Defendants

DATED this 30th day of November 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk