THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOWNTOWN ACTION TO SAVE HOUSING, | CASE NO. C18-0138-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIDLAND CORPORATE TAX CREDIT XIV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding amending the deadline for disclosing certain expert reports (Dkt. No. 30). Finding good cause, the Court ENTERS the parties' stipulation as follows:

The deadline for Plaintiff's disclosure of rebuttal expert report(s) shall be two weeks from the date of the Court's order on the parties' Motions for Summary Judgment, or no later than February 4, 2019.

//

//

MINUTE ORDER
C18-0138-JCC
PAGE - 1

DATED: December 14, 2018.

WINTHROP & WEINSTINE, P.A.

By: */s/ David A. Davenport*
By: */s/ Quin C. Seiler*
David A. Davenport, MN Bar No.: 285109, *admitted pro hac vice*
Quin C. Seiler, MN Bar No: 396699, *admitted pro hac vice*
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Ph: (612) 604-6716
Email: ddavenport@winthrop.com
qseiler@winthrop.com
Attorneys for Plaintiff DASH

PETERSON RUSSELL KELLY PLLC

By: *s/ Michael T. Callan*
Michael T. Callan, WSBA# 16237
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
Telephone: (425) 462-4700
Fax: (425) 451-0714
E-Mail: mcallan@prklaw.com
Attorneys for Plaintiff DASH

PEPPLE CANTU SCHMIDT PLLC

By: *s/ Gretchen J. Hoog*
Gretchen J. Hoog, WSBA 43248
Pepple Cantu Schmidt PLLC
1000 Second Avenue, Suite 2950
Seattle, WA 98104
Email: ghoog@pcslegal.com
Attorneys for Defendants

//

//

1      DATED this 14th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0138-JCC
PAGE - 3