THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOWNTOWN ACTION TO SAVE HOUSING, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CORPORATE TAX CREDIT XIV, *et al.*, <br><br> Defendants. | CASE NO. C18-0138-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed this lawsuit based on the Court's diversity jurisdiction under 28 U.S.C. § 1332. (*See* Dkt. No. 1.) District courts have an independent duty to ensure, at any point in a civil action, that they have subject matter jurisdiction over the action. *See* Fed. R. Civ. P. 12(h)(3); *Grupo Dataflux v. Atlas Global Grp., L.P.,* 541 U.S. 567, 593 (2004). With regard to this Court's diversity jurisdiction, a limited partnership is a citizen of all of the states of which its partners are citizens. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). If its partners include additional partnerships, limited partnerships, or limited liability corporations, the citizenship of each individual partner or member of those entities must also be alleged in order to establish that

complete diversity exists. *Id.*; *see also Lindley Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 Fed. App'x. 62, 65 (9th Cir. 2011).

Regarding the citizenship of the limited partnership Defendants,[1] the complaint and answer merely state that they are "limited partnership[s] located in Boston, Massachusetts and [are] organized pursuant to the laws of the State of Delaware." (Dkt. Nos. 1 at 3, 18 at 2.) Neither the complaint nor the answer list the individual partners of the limited partnership Defendants, nor provide any information regarding the partners' citizenship.

No later than January 23, 2019, Defendants shall file the following information with the Court:

1. A list of the limited partnership Defendants' individual partners; and
2. Information regarding the citizenship of each of the individual partners.

The Clerk is DIRECTED to re-note Plaintiff's motion for summary judgment (Dkt. No. 24) and Defendants' cross motion for summary judgment (Dkt. No. 22) to January 23, 2019.

DATED this 17th day of January 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

---

[1] The limited partnership Defendants are Midland Corporate Tax Credit XIV, LP, Midland Corporate Tax Credit XVI, LP, and Midland Corporate Tax Credit VII, LP. (Dkt. No. 1.)