THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOWNTOWN ACTION TO SAVE HOUSING, | CASE NO. C18-0138-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIDLAND CORPORATE TAX CREDIT XIV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In the interests of its own schedule and judicial economy, The Court hereby VACATES the jury trial currently scheduled for March 4, 2019, and all other pretrial case management deadlines. After ruling on the parties' cross motions for summary judgment (Dkt. Nos. 22, 24), and if necessary, the Court will set a pretrial conference to establish a new trial date and pretrial case management deadlines.

DATED this 24th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0138-JCC
PAGE - 1