UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOWNTOWN ACTION TO SAVE HOUSING,

        Plaintiff,

  v.

MIDLAND CORPORATE TAX CREDIT XIV, *et al.*,

        Defendants.

CASE NO. C18-0138-JCC

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

     This matter comes before the Court on the parties' joint status report regarding setting a new trial date and pretrial deadlines (Dkt. No. 47). Pursuant to the parties' agreement, the Court ENTERS the following amended scheduling order:

| **Event** | **Date** |
|---|---|
| Pretrial Order | July 19, 2019 |
| Trial Briefs, Proposed Voir Dire, Proposed Jury Instructions and Verdict Form | July 22, 2019 |

MINUTE ORDER
C18-0138-JCC
PAGE - 1

| | |
|---|---|
| Trial Date (2 day estimate) | July 29, 2019 at 9:30 a.m. |

DATED this 19th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0138-JCC
PAGE - 2